**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-11-00931-CV

———————

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**RICHARD RUBY and RONALD ZIMMERMAN, Appellees**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-27625**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order, signed September 9, 2011, denying appellant's motion to dismiss pursuant to section 90.007 of the Texas Civil Practice and Remedies Code. On January 3, 2012, appellant filed an unopposed motion to dismiss the appeal because appellees have filed a notice of nonsuit in the trial court, rendering this appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.